In re T.M.K., a female juvenile.

In re T.L.K., a female juvenile.

**P.K., Appellant,**

v.

**G.E.K., Jr., Respondent.**

No. 47839.

Missouri Court of Appeals, Eastern District, Division Three.

April 24, 1984.

Richard D. Sabbert, St. Charles, for appellant.

Michael A. Turken, Patricia A. Thomas, Asst. Pros. Atty., St. Charles, for respondent.

PER CURIAM:

Mother appeals after the court found her minor daughter, Toby, to be a neglected child in accordance with § 211.031, RSMo. 1978 and made her a ward of the court to be placed in foster care. In reaching this conclusion the court found, after an extensive hearing, that mother knew or should have known that the child was subjected to physical abuse by her stepfather. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed pursuant to Rule 84.16(b).